**Opinion issued August 12, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00008-CV

———————————

**EZINNE UBANI, Appellant**

**V.**

**MAZEN JUMAA, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-43470**

---

## MEMORANDUM OPINION

Appellant, Ezinne Ubani, has neither established indigence nor paid, or

made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R.

APP. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Sharp, Keyes, and Huddle.